# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 08-10106-01-25-JTM |
| | ) | |
| **AGUSTIN HERNANDEZ** a/k/a "Guti"**;** | ) | |
| **UBALDO HERNANDEZ** a/k/a "Baldo"; | ) | |
| **JOSE JUAN HERNANDEZ**; | ) | |
| **ISIDRO HERNANDEZ** a/k/a "Chilo" or | ) | |
| "Little Chilo"; | ) | |
| **ADRIAN GUZMAN** a/k/a "Pato"; | ) | |
| **MICHAEL PLESS** a/k/a "Little Mike"; | ) | |
| **TEODORO ADAME** a/k/a "Lolo"; | ) | |
| **JOSE SAN MIGUEL**, | ) | |
| **GUADALUPE ANDRADE** a/k/a "Lupe"; | ) | |
| **RONALD COOK**; | ) | |
| **FABIAN NUNEZ-DIAZ**; | ) | |
| **MIGUEL LOZANO-ESPARZA**; | ) | |
| **RAYMUNDO IBARRA** a/k/a "Mundo"; | ) | |
| **ROBERT D. SAIZ** a/k/a "R.D."; | ) | |
| **VINCENTE RODRIGUEZ** a/k/a "Chente"; | ) | |
| **ROGELIO GUZMAN** a/k/a "Gallo"; | ) | |
| **DEANDRE GILKEY** a/k/a "Dre"; | ) | |
| **TIMOTHY DUKES**; | ) | |
| **JOSEPH SMITH** a/k/a "Uncle Joe"; | ) | |
| **MOSES J. VILLA**; | ) | |
| **PASCAUL VILLA**; | ) | |
| **JACOB GALAVIZ**; | ) | |
| **PETER LAMBERT**; | ) | |
| **RYAN LAMBERT**; | ) | |
| **JOHNE RAMIREZ**; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR DESIGNATION OF CASE AS COMPLEX AND REQUESTING EXCLUDABLE TIME COMPUTATIONS

The United States of America, by and through Mona Lee M. Furst, Assistant

United States Attorney, and Mark Curzydlo, Special Assistant United States Attorney, moves

for an order of the court designating this case as complex and unusual, and setting a status hearing for all parties to attend, to allow the Court to set a schedule for discovery, the filing of motions, the setting of hearings and the setting of jury trial in an expanded time frame which would ultimately result in setting the trial past normal time limits.  The United States couches this motion as a request to continue the trial date past the normal time frame, and to designate the time in excess of that normally set as excludable time under 18 U.S.C. § 3161(h)(8)(A), (B)(ii).

A scheduling order was issued, setting trial for August 19, 2008.  The United States asks that the court recognize the unusual and complex nature of this case. This proposition of the United States would require the trial and other matters be set beyond the normal period of time provided under 18 U.S.C. § 3161, unless excludable time is designated.  The United States requests that the period of time from the date of the court's order on this motion until the date of the pretrial motions hearing be excluded in computing the time within which the trial of this case must commence.

Under 18 U.S.C. § 3161(h)(8)(A), (B)(ii) the court may grant a continuance and a speedy trial exclusion for a period of delay if the court finds that the ends of justice served by granting a continuance outweigh the interest of the public and the defendants in a speedy trial.  Among the factors to be considered when a court determines whether to grant such a continuance under § 3161(h)(8)(A), (B)(ii) are:

Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  18 U.S.C. § 3161(h)(8)(A)(B)(ii).

This is an unusual and complex case, due to these factors:

(1) There are twenty-five (25) defendants in this case, 19 of whom have been brought before the court. A trial date of August 19, 2008 has been set.

(2) There is an unusually large volume of electronically recorded evidence which defense counsel will need to review and discuss with the defendants. This includes hundreds of pertinent conversations which were recorded under court-authorized wire interceptions on ten separate lines over a period of over twenty-two (22) months. Additionally, there are video surveillance tapes that recorded the actions of various defendants over the same time period. The arrests of the various individuals occurred the last week of May, 2008, while others remain at large.

Since it would be unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the normal time limits, the United States moves for an order granting the relief requested.

The United States is presently scanning the Applications, Affidavits, Orders and agents reports in preparation of discovery. The DEA is in the process of committing to CD the pertinent and non pertinent audio calls, pertinent texts and transcripts of calls the United States intents to use at trial. The United States will need additional time to make available to the rest of the defendants as they appear, the discoverable material for inspection, review, and copying by defense counsel and allow sufficient time for all parties to prepare for trial following the pretrial motions hearing. The United States would also like to allow sufficient time from the pretrial motions hearing until the commencement of trial to allow defendants the opportunity to enter into timely plea agreements so they may obtain the third level reduction available to them for acceptance of responsibility under USSG § 3E1.1.

**WHEREFORE,** the United States requests that the Court declare this case an unusual and complex case under 18 U.S.C. §3161(h)(8)(A) and (B)(ii), finding the case outside the boundaries of the traditional time line in criminal procedure, and holding the extra time needed to prepare as excludable. The United States also requests that the court set a status hearing, with all attorneys present, to discuss the setting of the deadlines for discovery, motions, hearings, and jury trial in this matter.

>Respectfully submitted,
>
>ERIC F. MELGREN
>United States Attorney
>
>S/Mona L. Furst
>MONA L. FURST, #13162
>Assistant U.S. Attorney
>1200 Epic Center, 301 N. Main
>Wichita, Kansas 67202
>Telephone: (316) 269-6481
>Fax: (316) 269-6484
>E-mail: mona.furst@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June18, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following individuals:

Roger Falk
Roger L. Falk & Associates, PA
301 W. Central
Wichita, KS 67202
    Attorney for Ubaldo Hernandez

Danny Seville
444 North Market Street
Wichita, KS 67202
    Attorney for Jose Juan Hernandez

James D. Turner
212 N. Market, Suite 102
Wichita, KS 67202
    Attorney for Isidro Hernandez

Jeff Griffith
111 South Baltimore
PO Box 184
Derby, KS 67037
    Attorney for Adrian Guzman

Kevin Loeffler
Attorney at Law
P.O. Box 1175
Newton, Kansas 67114
    Attorney for Michael Pless

James R. Pratt
Monnat & Spurrier, Chartered
200 W. Douglas, Suite 830
Wichita, KS 67202
    Attorney for Teodoro Adame

Peter Orsi
Attorney at Law
221 S. Broadway, Suite 701
Wichita, KS 67202-4293
    Attorney for Jose San Miguel

Steve Ariagno
ARIAGNO, KURNS, MANK & WHITE
328 N. Main
Wichita, KS 67202
    Attorney for Guadalupe Andrade

Terry Beall
Beall and Mitchell LLC
355 N. Waco, Suite 150
Wichita, KS 67202
    Attorney for Ronald Cook

E. Jay Greeno
330 N. Main
Wichita, KS 67202
    Attorney for Robert D. Saiz

Michael J. Shultz
Law Offices of Craig Shultz, PA
205 E. Central
Wichita, KS 67202
    Attorney for Rogelio Guzman

Eric Hartenstein
200 W. Douglas, Suite 600
Wichita, KS 67202
    Attorney for Deandre Gilkey

John B. Sullivan
The Law Office of John B. Sullivan
355 N. Waco, Suite 150
Wichita, KS 67202
    Attorney for Timothy Dukes

Leslie F. Hulnick
HULNICK LAW OFFICES
310 W. Central, Suite 111
Wichita, KS 67202
    Attorney for Joseph Smith

Sean McEnulty
151 S. Whittier, Suite 1000
Wichita, KS 67207
    Attorney for Moses J. Villa

Rebecca Mann
Young, Bogle
106 W. Douglas, Suite 923
Wichita, Kansas 67202-3392
    Attorney for Pascaul Villa

Lee H. Woodard
Woodard, Hernandez, Roth & Day
257 N. Broadway, Suite 300
Wichita, KS 67202
    Attorney for Peter Lambert

Douglas L. Adams
Attorney at Law
200 N. Broadway, Suite 300
Wichita, KS 67202
    Attorney for Ryan Lambert

Christopher M. McHugh
Joseph & Hollander
500 N. Market St.
Wichita, KS 67214-3514
    Attorney for Johne Ramirez

                                S/Mona L. Furst
                                MONA L. FURST
                                Assistant U.S. Attorney