FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

'08 AUG 20 P1 :11

CLERK, U.S. DISTRICT COURT
BY:_____ DEPUTY CLERK
AT WICHITA, KS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Criminal Action |
| | ) |
| v. | ) No. 08-10106-01-29-JTM |
| | ) |
| **AGUSTIN HERNANDEZ** a/k/a "Guti"; | ) |
| **UBALDO HERNANDEZ** a/k/a "Baldo"; | ) |
| **JOSE JUAN HERNANDEZ**; | ) |
| **ISIDRO HERNANDEZ** a/k/a "Chilo" or | ) |
|    "Little Chilo"; | ) |
| **ADRIAN GUZMAN** a/k/a "Pato"; | ) |
| **MICHAEL PLESS** a/k/a "Little Mike"; | ) |
| **TEODORO ADAME** a/k/a "Lolo"; | ) |
| **JOSE SAN MIGUEL**, | ) |
| **GUADALUPE ANDRADE** a/k/a "Lupe"; | ) |
| **RONALD COOK**; | ) |
| **FABIAN NUNEZ-DIAZ**; | ) |
| **MIGUEL LOZANO-ESPARZA**; | ) |
| **RAYMUNDO IBARRA** a/k/a "Mundo"; | ) |
| **ROBERT D. SAIZ** a/k/a "R.D."; | ) |
| **VINCENTE RODRIGUEZ** a/k/a "Chente"; | ) |
| **ROGELIO GUZMAN** a/k/a "Gallo"; | ) |
| **DEANDRE GILKEY** a/k/a "Dre"; | ) |
| **TIMOTHY DUKES**; | ) |
| **JOSEPH SMITH** a/k/a "Uncle Joe"; | ) |
| **MOSES J. VILLA**; | ) |
| **PASCUAL VILLA**; | ) |
| **JACOB GALAVIZ**; | ) |
| **PETER LAMBERT**; | ) |
| **RYAN LAMBERT**; | ) |
| **JOHNE RAMIREZ**; | ) |
| **FRANCISCO GUITTIEREZ-DURAN**; | ) |
| **NICOLOSA CHACON-DURAN**; | ) |
| **COLBY BARRON**; | ) |
| **CARLOS VASQUEZ**; | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT 1

From on or about January of 2005, the exact date being unknown to the grand jury, and continuing through approximately July 1, 2007, in the District of Kansas and elsewhere,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**ISIDRO HERNANDEZ** a/k/a "Chilo" or "Little Chilo",
**MICHAEL PLESS** a/k/a "Little Mike",
**FABIAN NUNEZ-DIAZ,** and

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

From on or about January of 2005, the exact date being unknown to the grand jury, and continuing through approximately July 1, 2007, in the District of Kansas and elsewhere,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**UBALDO HERNANDEZ** a/k/a "Baldo",
**ISIDRO HERNANDEZ** a/k/a "Chilo" or "Little Chilo",
**ADRIAN GUZMAN** a/k/a "Pato",
**MICHAEL PLESS** a/k/a "Little Mike",
**MIGUEL LOZANO-ESPARZA**, and
**JOSE SAN MIGUEL**,

2

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 3

From on or about January of 2005, the exact date being unknown to the grand jury, and continuing through approximately July 1, 2007, in the District of Kansas and elsewhere,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**UBALDO HERNANDEZ** a/k/a "Baldo",
**ISIDRO HERNANDEZ** a/k/a "Chilo" or "Little Chilo",
**ADRIAN GUZMAN** a/k/a "Pato",
**MICHAEL PLESS** a/k/a "Little Mike", and
**GUADALUPE ANDRADE** a/k/a "Lupe",

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

3

## COUNT 4

On or about March 9, 2005, in the District of Kansas, the defendant,

### JOSE JUAN HERNANDEZ,

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 175.10 kilograms of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(B) and Title 18, United States Code Section 2.

## COUNT 5

On or about March 31, 2006, in the District of Kansas, the defendants,

### AGUSTIN HERNANDEZ a/k/a "Guti", and
### UBALDO HERNANDEZ a/k/a "Baldo", and

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 346.2 kilograms of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(B) and Title 18, United States Code Section 2.

## COUNT 6

On or about April 14, 2006, in the District of Kansas, the defendants,

### ADRIAN GUZMAN a/k/a "Pato", and
### MICHAEL PLESS a/k/a "Little Mike",

4

did unlawfully, knowingly, and intentionally distribute approximately 1 kilogram (approximately 2 pounds of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18, United States Code Section 2.

## COUNT 7

On or about April 21, 2006, in the District of Kansas, the defendant,

### ADRIAN GUZMAN a/k/a "Pato",

did unlawfully, knowingly, and intentionally distribute approximately 110.2  grams of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C).

## COUNT 8

On or about May 16, 2006, in the District of Kansas, the defendants,

### ADRIAN GUZMAN a/k/a "Pato", and
### MICHAEL PLESS a/k/a "Little Mike",

did unlawfully, knowingly, and intentionally distribute approximately 249.1  grams of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C) and Title 18, United States Code Section 2.

## COUNT 9

On or about June 8, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**ADRIAN GUZMAN** a/k/a "Pato", and
**MICHAEL PLESS** a/k/a "Little Mike",

did unlawfully, knowingly, and intentionally distribute approximately 1 kilogram (approximately 2 pounds) of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18, United States Code Section 2.

## COUNT 10

On or about June 29, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**ADRIAN GUZMAN** a/k/a "Pato", and
**MICHAEL PLESS** a/k/a "Little Mike",

did unlawfully, knowingly, and intentionally distribute approximately 166.4 grams of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C) and Title 18, United States Code Section 2.

## COUNT 11

On or about August 11, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**ADRIAN GUZMAN** a/k/a "Pato", and
**MICHAEL PLESS** a/k/a "Little Mike",

6

did unlawfully, knowingly, and intentionally distribute approximately 164 grams of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C) and Title 18, United States Code Section 2.

## COUNT 12

On or about August 16, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti", and
**MICHAEL PLESS** a/k/a "Little Mike",

did unlawfully, knowingly, and intentionally distribute approximately 18.18 kilograms (approximately 40 pounds) of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18, United States Code Section 2.

## COUNT 13

On or about August 16, 2006, in the District of Kansas, the defendants,

**JACOB GALAVIZ**,
**MOSES J. VILLA**, and
**PASCAUL VILLA**,

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 18.18 kilograms (approximately 40 pounds) of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18, United States Code Section 2.

## COUNT 14

On or about September 23, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**MICHAEL PLESS** a/k/a "Little Mike", and
**ROGELIO GUZMAN** a/k/a "Gallo",

did unlawfully, knowingly, and intentionally attempt to possess with the intent to distribute approximately 1 kilogram of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(B) and Title 18, United States Code Section 2.

## COUNT 15

On or about September 24, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**MICHAEL PLESS** a/k/a "Little Mike", and
**FRANCISCO GUITTIEREZ-DURAN**,

did unlawfully, knowingly, and intentionally attempt to possess with the intent to distribute approximately 16 kilograms of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18, United States Code Section 2.

## COUNT 16

On or about September 25, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti", and
**MICHAEL PLESS** a/k/a "Little Mike",

8

did unlawfully, knowingly, and intentionally distribute approximately 253.7 grams of actual methamphetamine, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(A) and Title 18, United States Code Section 2.

## COUNT 17

On or about September 25, 2006, in the District of Kansas, the defendants,

**ROBERT D. SAIZ** a/k/a "R.D.", and
**JOSEPH SMITH** a/k/a "Uncle Joe",

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 253.7 grams of actual methamphetamine, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(A) and Title 18, United States Code Section 2.

## COUNT 18

On or about September 26, 2006, in the District of Kansas, the defendant,

**TEODORO ADAME** a/k/a "Lolo",

did unlawfully, knowingly, and intentionally possessed with the intent to distribute approximately 1/4 kilogram of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C) and Title 18, United States Code Section 2.

### COUNT 19

On or about September 29, 2006, in the District of Kansas, the defendant,

### DEANDRE GILKEY a/k/a "Dre",

did unlawfully, knowingly, and intentionally possessed with the intent to distribute approximately

1 kilogram of a mixture or substance containing a detectable amount of marijuana, a controlled

substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18,

United States Code Section 2.

### COUNT 20

On or about October 2, 2006, in the District of Kansas, the defendant,

### TIMOTHY DUKES,

did unlawfully, knowingly, and intentionally possessed with the intent to distribute approximately

1 kilogram of a mixture or substance containing a detectable amount of cocaine HCL, a controlled

substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(B) and Title 18,

United States Code Section 2.

### COUNT 21

On or about October 3, 2006, in the District of Kansas, the defendants,

### AGUSTIN HERNANDEZ a/k/a "Guti",
### ISIDRO HERNANDEZ a/k/a "Chilo" or "Little Chilo", and
### MICHAEL PLESS a/k/a "Little Mike",

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated

and agreed together and with each other, and with other persons known and unknown to the Grand

10

Jury, to commit the following offense against the United States: to distribute controlled substances, including approximately 30 pounds of marijuana and approximately 1/4 kilogram of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 22

On or about October 27, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**ISIDRO HERNANDEZ** a/k/a "Chilo" or "Little Chilo",
**ROBERT D. SAIZ** a/k/a "R.D.",
**MICHAEL PLESS** a/k/a "Little Mike", and
**FABIAN NUNEZ-DIAZ,**

did unlawfully, knowingly, and intentionally distribute approximately 209.53 grams of actual methamphetamine, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(A) and Title 18, United States Code Section 2.

## COUNT 23

On or about October 27, 2006, in the District of Kansas, the defendants,

**RYAN LAMBERT**, and
**PETER LAMBERT,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 209.53 grams of actual methamphetamine, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(A) and Title 18, United States Code Section 2.

## COUNT 24

On or about November 16, 2006, in the District of Kansas, the defendant,

**FABIAN NUNEZ-DIAZ,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately

82.63 grams of actual methamphetamine, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(A) and Title 18,

United States Code Section 2.

## COUNT 25

On or about November 16, 2006, in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti",
**FABIAN NUNEZ-DIAZ,** and
**MICHAEL PLESS** a/k/a "Little Mike",

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately

82.63 grams of actual methamphetamine, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(A) and Title 18,

United States Code Section 2.

## COUNT 26

On or about April 18, 2007, in the District of Kansas, the defendants,

**UBALDO HERNANDEZ** a/k/a "Baldo",
**GUADALUPE ANDRADE** a/k/a "Lupe", and
**RONALD COOK,**

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated

and agreed together and with each other, and with other persons known and unknown to the Grand

Jury, to commit the following offense against the United States: to possess with the intent to

12

distribute 331 pounds (app. 150.45 kilograms) of a mixture or substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 27

From on or about April 17, 2007 to on or about April 21, 2007, in the District of Kansas, the defendants,

**UBALDO HERNANDEZ** a/k/a "Baldo",
**MIGUEL LOZANO-ESPARZA**, and
**VINCENTE RODRIGUEZ** a/k/a "Chente",

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 28

On or about April 24, 2007 in the District of Kansas, the defendants,

**UBALDO HERNANDEZ** a/k/a "Baldo",
**MIGUEL LOZANO-ESPARZA**,
**RAYMUNDO IBARRA**, a/k/a/ "Mundo",
**JOSE SAN MIGUEL** and
**TEODORO ADAME** a/k/a "Lolo";

13

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 1 kilogram (1,108.4 grams) of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(B) and Title 18, United States Code Section 2.

**COUNT 29**

That on or about April 24, 2007, in the District of Kansas, the defendant,

**MIGUEL LOZANO-ESPARZA,**

an alien not lawfully in the United States, knowingly and intentionally  possessed in and affecting interstate commerce a firearm, to wit: a SKS Norinco.

In violation of Title 18, United States Code, Section 922(g)(5) and Title 18, United States Code, Section 924(a)(2).

**COUNT 30**

On or about May 24, 2007 in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti", and
**JOHNE RAMIREZ,**

did unlawfully, knowingly, and intentionally distribute approximately 2 pounds (app. 1 kilogram) of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18, United States Code Section 2.

14

## COUNT 31

On or about June 5, 2007 in the District of Kansas, the defendant,

### AGUSTIN HERNANDEZ a/k/a "Guti"

did unlawfully, knowingly, and intentionally distribute approximately 1 kilogram (approximately 2 pounds) of a mixture or substance containing a detectable amount of marijuana, a    controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D).

## COUNT 32

On or about June 14, 2007 in the District of Kansas, the defendant,

### AGUSTIN HERNANDEZ a/k/a "Guti"

did unlawfully, knowingly, and intentionally distribute approximately 257.3 grams (approximately 9 ounces) of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C).

## COUNT 33

On or about August 23, 2006 in the District of Kansas, the defendants,

### AGUSTIN HERNANDEZ a/k/a "Guti",
### FRANCISCO GUITTIEREZ-DURAN, and
### NICOLOSA CHACON-DURAN,

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 5 pounds (app. 2.28 kilograms) of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

15

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(D) and Title 18, United States Code Section 2.

## COUNT 34

On or about September 26, 2006, in the District of Kansas,

**AGUSTIN HERNANDEZ** a/k/a "Guti", and
**FRANCISCO GUITTIEREZ-DURAN,**

the defendants herein, unlawfully, knowingly, and intentionally used a communication facility, to wit: a telephone (Call # 3094 on 316-993-7433 at 4:19 p.m.) in causing or facilitating the commission of a felony under the Controlled Substances Act, to wit: to possess with the intent to distribute approximately 8 pounds of marijuana, in violation of Title 21, United States Code, Sections 841

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 35

On or about September 24, 2006 in the District of Kansas, the defendants,

**AGUSTIN HERNANDEZ** a/k/a "Guti", and
**COLBY BARRON,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 9 ounces (app. 1/4 kilogram) of a mixture or substance containing a detectable amount of cocaine HCL, a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C) and Title 18, United States Code Section 2.

16

## COUNT 36

On or about October 27, 2006 in the District of Kansas, the defendants,

**COLBY BARRON,**
**AGUSTIN HERNANDEZ** a/k/a "Guti", and
**CARLOS VASQUEZ,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 5

ounces (app. 141 grams) of a mixture or substance containing a detectable amount of cocaine HCL,

a controlled substance.

In violation of Title 21, United States Code Sections 841(a) and (b)(1)(C) and Title 18,

United States Code Section 2.

A TRUE BILL

_8-20-08_
DATE

_____
FOREMAN OF THE GRAND JURY

_____
ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, KS 67202
Ks. S.Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

17